NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAVID WESLEY SCHUMACHER, )
)
Appellant, )
)
v. ) Case No. 2D17-730
)
STATE OF FLORIDA, )
)
Appellee. )
                                            )

Opinion filed August 23, 2019.

Appeal from the Circuit Court for
Charlotte County; George Richards
Judge.

Howard L. Dimmig, II, Public
Defender, and Richard P. Albertine, Jr.
Assistant Public Defender, Bartow, for
Appellant.


PER CURIAM.

Affirmed.


VILLANTI, ATKINSON, and SMITH, JJ., Concur.